CHARLEY EVANS v. STATE.

No. A-3183.   Opinion Filed April 10, 1919.

Appeal from County Court, Coal County;

C. M. Threadgill, Judge.

Charley Evans, convicted of a violation of the prohibitory liquor law, appeals.   Affirmed.

Wilhelm & Holland, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Charley Evans, was convicted on a charge that he did sell one pint of whiskey to Alfred Hilburn, and was sentenced to be confined for thirty days in the county jail and to pay a fine of fifty dollars.

No brief has been filed on behalf of plaintiff in error, and the cause was submitted on the motion of the Attorney General to affirm the judgment for failure to prosecute the appeal.

For this reason the judgment herein is affirmed. Mandate forthwith.